**Order entered March 4, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00056-CV

### ALVIN SCOTT, Appellant

### V.

### PROVIDENCE TOWERS, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-06414-E**

## ORDER

We **DENY** appellee's February 26, 2015 motion to dismiss the appeal for want of

jurisdiction. *See Rice v. Pinney*, 51 S.W.3d 705, 707 (Tex. App.—Dallas 2001, no pet.) (where

issue of possession moot, issues independent of possession reviewable on appeal).

/s/     ELIZABETH LANG-MIERS
         JUSTICE